## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DANIEL WILLIAM MCKNIGHT,<br><br>Plaintiff,<br><br>v.<br><br>EXTENSIVE ENTERPRISES MEDIA L.L.C.,<br><br>Defendant. | Case No: 8:23-cv-00903-CEH-TGW<br><br>NOTICE OF SETTLEMENT |

**PLEASE TAKE NOTICE** that Plaintiff DANIEL WILLIAM MCKNIGHT, by and through counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter and are in the process of documenting and performing their settlement obligations.

In light of the settlement, the parties respectfully request that the Court adjourn all deadlines and conferences, if any. Plaintiff anticipates filing a dismissal with prejudice within forty-five (45) days.

DATED: September 5, 2023

**SANDERS LAW GROUP**

By: _/s/ Craig Sanders_
Craig Sanders, Esq. (Fla Bar 0985686)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*

1