# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DANIEL WILLIAM MCKNIGHT,

    Plaintiff,

v.                                                  Case No: 8:23-cv-903-CEH-TGW

EXTENSIVE ENTERPRISES MEDIA L.L.C.,

    Defendant.

_____

## ORDER

The Court has been advised by the notice of settlement (Doc. 16) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 5, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties